IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| FILADELFO MENJIVAR,<br><br>    Plaintiff,<br><br>vs.<br><br>CARGILL MEAT SOLUTIONS,<br>Corporation;<br><br>    Defendant. | 8:12CV234<br><br>MEMORANDUM AND ORDER |

After conferring with the parties,

IT IS ORDERED that the defendant's unopposed motion to continue, (Filing No. 29), is granted, and the final progression order is amended as follows:

1) The jury trial of this case is set to commence before Cheryl R. Zwart, United States Magistrate Judge, in the Special Proceedings, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska, at 9:00 a.m. on **September 23, 2013**, or as soon thereafter as the case may be called, for a duration of five (5) trial days. Jury selection will be held at commencement of trial.

2) The Pretrial Conference is scheduled to be held before the undersigned magistrate judge on **September 10, 2013** at **11:00 a.m.**, and will be conducted by WebEx conferencing. To facilitate this conferencing method, the parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to zwart@ned.uscourts.gov, in either Word Perfect or Word format, by 5:00 p.m. on September 9, 2013. An email will be sent to counsel of record with the instructions and codes for participating in the pretrial conference by WebEx.

3) Motions to compel Rule 33 through 36 discovery must be filed by April 1, 2013.

4) The deadline for filing motions to dismiss and motions for summary judgment is June 6, 2013.

 February 19, 2013.       BY THE COURT:

                *s/ Cheryl R. Zwart*
                United States Magistrate Judge